UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) NO: M-05-4022-01<br>v. )<br>) ORDER DISMISSING<br>JOHNNIE BARNES, ) COMPLAINT<br>)<br>Defendant. )<br>_____ ) | |

Upon motion of the Plaintiff, United States of America,

**IT IS HEREBY ORDERED** that the Complaint as to Defendant Johnnie Barnes is hereby dismissed without prejudice.

DATED this 26th day of April, 2005.


s/ Michael W. Leavitt

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/Robert A. Ellis
ROBERT A. ELLIS
Assistant United States Attorney